**NEXTG NETWORKS OF CALIFORNIA, INC.,**
Plaintiff–Appellee,

v.

**CITY OF HUNTINGTON BEACH,**
California, Defendant–
Appellant.

No. 08–55403.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 12, 2008.

Filed Sept. 23, 2008.

William F. Bly, Esquire, Davis Wright Tremaine, LLP, Los Angeles, CA, T. Scott Thompson, Esquire, John R. Eastburg, Davis Wright Tremaine LLP, Washington, DC, Robert L. Delsman, Esquire, Nextg Networks Inc., San Jose, CA, Patrick S. Ryan, Esquire, PSR Law Firm LLC, Denver, CO, for Plaintiff–Appellee.

Scott F. Field, Esquire, Jennifer McGrath, Esquire, City Attorney's Office, Huntington Beach, CA, for Defendant–Appellant.

Before: SCHROEDER and RAWLINSON, Circuit Judges, and SANDOVAL *, District Judge.

MEMORANDUM **

The City of Huntington Beach, California appeals two preliminary injunctions entered by the district court in this case.

We vacate the injunctions and remand to the district court for further consideration in light of our recent decision in *Sprint Telephony PCS, L.P. v. County of San Diego,* 543 F.3d 571 (9th Cir.2008) (en banc), *reversing City of Auburn v. Qwest Corp.,* 260 F.3d 1160 (9th Cir.2001).

**VACATED AND REMANDED.**

* The Honorable Brian Sandoval, U.S. District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.